# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| CHRISTINA PINKSTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 6:15-cv-03433-DGK-SSA |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is affirmed.


 November 15, 2016          Paige Wymore-Wynn
Dated                       Clerk of Court


 November 15, 2016          /s/ Tracy Strodtman
Entered                     (by) Deputy Clerk